IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATALAYA SPECIAL OPPORTUNITIES FUND VII LP and MIDTOWN MADISON MANAGEMENT LLC,<br><br>                Plaintiffs,<br><br>  v.<br><br>JIMMY ERIC WHITED,<br><br>                Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 1:20-cv-03302 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs, Atalaya Special Opportunities Fund VII LP and Midtown Madison Management LLC, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Date: June 26, 2020

                                                        /s/
                                         Adam B. Oppenheim
                                         Yonaton Aronoff
                                         HARRIS ST. LAURENT LLP
                                         40 Wall Street, 53rd Floor
                                         New York, NY 10005
                                         (212) 397-3370

                                         *Attorneys for Plaintiffs Atalaya Special Opportunities Fund VII LP and Midtown Madison Management LLC*